UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Shamark Williams,

             Plaintiff(s),                         19 Civ. 3548 (CM) (SDA)

    -against-

CALENDAR NOTICE

Police Officer Michael Vaccaro, et al.,
            Defendant(s),
------------------------------------------------------X

    Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | ___Oral argument |
| ___Settlement conference | ___Plea Hearing |    (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___Fairness Hearing |
| X Telephone conference | ___Jury Selection and Trial | ___OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Wednesday, November 4, 2020 at 11:30 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 28, 2020
          New York, New York

                                      So Ordered

                                      Colleen McMahon, Chief U.S.D.J