RECEIVED
SDNY PRO SE OFFICE
2022 FEB -7 AM 10: 08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Shamrock Williams
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 3548 ( )( )

-against-

The City of New York: Police
Officer Siccaro, Michael, Shield No, 31897
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2022

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on __2-2-202__ but did not file a notice of appeal within the required
                                      date
time period because:

I WAS NOT Notified That I had A Time frame TO Submit A Request for any Extention. I have Been Trying To Find Attorney's but unsuccessful to to case been through mediation.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 2-2-2022

Signature: [signature]

Name (Last, First, MI): Williams, Shamrock K

Address: 536 WEST 178th Street   City: New York   State: NY   Zip Code: 10033

Telephone Number: 917-349-2972

E-mail Address (if available): wshamarkk@yahoo.com

MEMO ENDORSED

2/10/2022 There is no indication on the docket that there is any order in this action entered on 2-2-20, 2-2-21 or 2-2-22 from which an appeal could be taken.

Rev. 12/23/13

Copies mailed/faxed/handed to counsel on 2/10/2022

Shamark Williams
580 West 158th Street APT #53
New York, NY 10039

NEW YORK NY 100
2 FEB 2022 PM 13 L

Pro-Se Department
United States District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

10007-133099

SDNY PRO SE OFFICE
2022 FEB -7 AM 10:04