```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Shamark Williams,

                Plaintiff,

-against-

Michael Vaccaro et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022

1:19-cv-03548 (CM) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties today, and as stated on the record, it is hereby ORDERED, as follows:

1. No later than April 29, 2022, the City of New York shall file a letter indicating whether any body camera footage and any surveillance footage from a second camera exists, and, if such footage exists, the City shall produce the footage to Plaintiff promptly. If the City, by April 29, 2022, is unable to ascertain whether any such footage exists, it shall so state and shall indicate the earliest date by which it can provide such information to the Court.

2. No later than May 13, 2022, Plaintiff shall respond to the document requests and interrogatories served upon him.

3. A settlement conference is scheduled before Magistrate Judge Stewart Aaron on May 26, 2022, at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video. The Court will provide dial-in information to the parties by email prior to the conference. The parties must

comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

4. Plaintiff is advised that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment by filling out the intake form on the Court's website, see https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190 and leaving a message.

**SO ORDERED.**

Dated: New York, New York
April 11, 2022

*Stewart D. Aaron*
STEWART D. AARON
United States Magistrate Judge