UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shamark Williams,

                Plaintiff,

-against-

Michael Vaccaro et al.,

                Defendants.

1:19-cv-03548 (CM) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the letter from Plaintiff's former counsel, David Gray, dated May 12, 2022, which the Court has filed to the ECF docket. (*See* 5/12/22 Ltr., ECF No. 56.) In this letter, Attorney Gray states that, in order to effect service upon Officer Vaccaro of the New York City Police Department ("NYPD"), Attorney Gray personally served the Summons and Complaint upon the NYPD on August 22, 2019. (*See id*.)

In light of the foregoing, no later than May 23, 2022, the New York City Law Department shall file a letter advising the Court whether the Law Department will be representing Officer Vaccaro in this action.

SO ORDERED.

Dated:      New York, New York
             May 12, 2022

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge