UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Shamark Williams,

                Plaintiff(s),

-against-

City of New York, et al.,

                Defendant(s),

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023

19 Civ. 3548 (CM) (SDA)

AMENDED
CALENDAR NOTICE

    Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| _X_ Pre-trial conference | ___ Status conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | ___ Fairness Hearing |
| ___ Telephone conference | ___ Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___ Inquest | |

**on Thursday, October 5, 2023 at 10:45 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on the Court's ECF (Electronic Case Filing) system.

Dated: September 13, 2023
       New York, New York

                                      So Ordered

                                      Colleen McMahon, U.S.D.J

