UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Shamark Williams,

        Plaintiff(s),

   -against-

City of New York, et al.,
        Defendant(s),
-----------------------------------------------------X

19 Civ. 3548 (CM)(SDA)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **re-scheduled** for a:

_X_ Pre-trial conference     ___ Status conference     ___ Oral argument
___ Settlement conference    ___ Plea Hearing             (Bankruptcy Appeal)
___ Rule (16) conference     ___ Final pre-trial conference    ___ Fairness Hearing
___ Telephone conference    ___ Jury Selection and Trial     ___ OTSC Hearing
___ Non-Jury Trial            ___ Inquest

**on Wednesday, October 11, 2023 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: October 5, 2023
       New York, New York

                           So Ordered

                           Colleen McMahon, U.S.D.J