UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2024

---------------------------------------------------------------X

Shamark Williams,

                           Plaintiff,             No. 19 Civ. 3548 (CM)

     -against-

The City of New York, et al.

                        Defendants.

---------------------------------------------------------------X

Counsel:

     According to Plaintiff's March 3, 2024, letter, the parties were working on a settlement dated for May 3, 2024. If there is indeed a settlement, the parties must submit any settlement documents to this court for sign off by July 30, 2024. If not, Plaintiff must respond to Vaccaro's motion for summary judgment by August 15, 2024. The court will not extend these deadlines for any reason.

Dated: July 18, 2024

                                  _____
                                        U.S.D.J.

BY ECF TO ALL COUNSEL