UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
SHAMARK WILLIAMS,

                Plaintiff,                             19 **CIVIL** 3548 (CM)

    -against-                                 **JUDGMENT**

MICHAEL VACCARO,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 06, 2024, Defendant's motion for summary judgment dismissing this action is GRANTED. Plaintiff has not indicated how deficiencies in his pleadings may be remedied by a further opportunity to respond or further discovery. Accordingly, those motions are DENIED.

**Dated:** New York, New York
          December 09, 2024

                                                      **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                          BY:
                                                         **Deputy Clerk**